**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES**


Judge:   BRIAN R. MARTINOTTI                  Date:    07/07/2022
Court Reporter:   NICOLE SESTA (Stand-by only)     Docket No: 19-888-02


<u>Title of the Case:</u>

UNITED STATES OF AMERICA
v.                                                                        \
FAROUK LAZIZI

<u>Appearances:</u>

Anthony Torntore, AUSA
Anthony Thomas, AFPD for Defendant Farouk Lazizi

<u>Nature of Proceedings:</u>

Attorneys only conference held
Update provided
S/C set 12/01/22 at 1:30 pm
Jury Trial set 01/17/2023 @ 9:30 am


                                          <u>*Lissette Rodriguez*</u>
                                          Lissette Rodriguez, Courtroom Deputy
                                          to the Honorable Brian R. Martinotti, U.S.D.J.


Commenced: 12:35 pm
Concluded:   12:45 pm